SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB #913841**
Greg.R.Nyhus@usdoj.gov
**ANDREW T. HO, OSB #185047**
Andrew.Ho@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED01 JUL '26 11:03USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00388-AB** |
| v. | **EXHIBITS 1 AND 3 TO GOVERNMENT'S SECOND SUPPLEMENTAL SENTENCING MEMORANDUM** |
| **AUGUST DEAN GORDON,** | |
| **Defendant** | |

**Exhibits 1 and 3 to Government's Second Supplemental Sentencing Memorandum**

Dated: July 1, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
ANDREW T. HO, OSB #185047
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Exhibits 1 and 3 to Government's

Second Supplemental Sentencing Memorandum will be sent electronically (via USAfx) on July

1, 2026, in Portland Oregon, to Clais Daniels-Edwards.

/s/ Patrick Butenhoff
Patrick Butenhoff, Legal Admin Specialist

